apartment that evening, the Faye boy and the two other boys were ordered by the defendant to go back to Chapin Hall. It cannot be said that defendant's conduct was of such nature as to fall within the proscriptions of the statute.

For these reasons the judgments are reversed.

*Judgments reversed.*

GOLDBERG, P. J., and LYONS, J., concur.

BUSINESS MEN'S CLEARING HOUSE—Old Orchard, a Division of Business Personnel, Inc., Plaintiff-Appellant, *v.* WELLCO CHEMICAL COMPANY, Defendant-Appellee.

(No. 55977; ▮▮▮▮▮▮▮▮▮▮

First District—July 31, 1972.

Opinion by Mr. JUSTICE LYONS.

Levin & Berger, of Chicago, (Marvin L. Herman, of counsel,) for appellant.

Allan S. Berman, of Chicago, for appellee.